No. 85–6124. JOHNSON v. UNITED STATES. C. A. 4th Cir. Motion of petitioner to consolidate this case with No. 85–5189, *McLaughlin* v. *United States* [certiorari granted, 474 U. S. 944], denied.

No. 85–6333. EGGER v. CASEY, DIRECTOR, CENTRAL INTELLIGENCE AGENCY, ET AL. C. A. D. C. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until March 31, 1986, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 85–6236. IN RE TUCKER. Petition for writ of mandamus denied.

No. 85–1217. CITY OF SPRINGFIELD, MASSACHUSETTS v. KIBBE, ADMINISTRATRIX OF THE ESTATE OF THURSTON. C. A. 1st Cir. Certiorari granted.

No. 84–6050. CURTIS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 85–542. ROTH ET AL. v. CITY OF VALLEJO. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 85–697. WAGGONER ET AL. v. DALLAIRE, DBA A–JAY EXCAVATING CO. C. A. 9th Cir. Certiorari denied.

No. 85–855. ARKLA, INC. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.